IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| BRENDA ZEMLISKA, | CV 20–15–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| LOWE'S HOME CENTERS, LLC, | |
| Defendant. | |

The parties having filed a joint motion for dismissal pursuant to Rule 41(a),

IT IS ORDERED that the above-captioned cause is DISMISSED WITH PREJUDICE, each party to pay its own costs. All pending motions are MOOT and all deadlines are VACATED. The jury trial set for March 1, 2021, is VACATED.

DATED this 27th day of October, 2020.

Donald W. Molloy, District Judge
United States District Court